| | |
|---|---|
| 1 | Name: Karena A. Feng |
| 2 | Address: 1995 34th Avenue |
| | San Francisco, CA 94116 |
| 3 | Phone Number: 650-350-9088 |
| 4 | E-mail Address: afengre@gmail.com |
| 5 | *Pro Se* |

RECEIVED
NOV 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Karena A. Feng | ) Case Number: _____ |
|---|---|
| | ) |
| | ) **ORDER DENYING** |
| Plaintiff, | ) **MOTION FOR PERMISSION FOR** |
| | ) **ELECTRONIC CASE FILING** |
| vs. | ) |
| | ) DATE: |
| Paul Pelosi Jr., et al. | ) TIME: |
| | ) COURTROOM: |
| | ) JUDGE: |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. The Court DENIES the motion without prejudice based on Plaintiff's failure to date her signature.

IT IS SO ORDERED.

DATED: November 20, 2019

_____
United States Magistrate Judge