UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARENA APPLE FENG,

    Plaintiff,

v.

DAVID J. LONICH,

    Defendant.

Case No. 19-cv-07541-RS

**ORDER DISMISSING CASE**

On March 30, 2020 plaintiff Karena Apple Feng's First Amended Complaint ("FAC") was dismissed without leave to amend with respect to all defendants except David J. Lonich. Lonich had not been served in the time prescribed by the Federal Rules of Civil Procedure. Feng was given 21 days to serve the FAC upon Lonich. That time has since expired, and Feng has yet to file proof of service. The FAC against Lonich is thus dismissed. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: April 24, 2020

RICHARD SEEBORG
United States District Judge